IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S.A. EX REL. REGINALD R. REAVES | : ; : : : |
| V. | : : : CIVIL NO.   02-4375 |
| ROBERT D. SHANNON, DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE | : : : : : : : : : |

**ORDER**

AND NOW, this 12th day of August, 2002, it is hereby ORDERED as follows:

1. The Motion for Immediate Bail is DENIED.

2. The Motion for Leave for an Extension of Time to Tender the filing fee to the Clerk of Court is DENIED.

3. The Motion to Submit as Financial Collateral Petitioner's Private Real Estate Deed and Power of Attorney Deed as Payment and Costs of Court is DENIED.

4. The above-captioned matter is DISMISSED.

BY THE COURT:

_____
JAMES t. GILES, C.J.

copies by FAX on
to